# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTONIO LAMONT SMITH**                                                              **PETITIONER**

**VS.**                         **CASE NO.: 5:15CV00173 BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                         **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Petitioner Antonio Lamont Smith's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED, this 9th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE